Dylan D. Grimes (SBN 302981)
Paige M. Tomaselli (SBN 237737)
Lauren A. Andino (SBN 344132)
11846 Ventura Blvd., Ste 200
Studio City, CA 91604
Telephone: (310) 747-5095
dgrimes@grimelaw.com
ptomaselli@grimelaw.com
landino@grimelaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| ALICE MERTON, an individual, MERTON & GRAUWINKEL GMBH, a German corporation, PAPER PLANE PUBLISHING GMBH, a German corporation,<br><br>Plaintiffs,<br><br>v.<br><br>YE, an individual, and YEEZY RECORD LABEL, LLC, a limited liability company,<br><br>Defendants. | Case No.: 2:25-cv-02615<br><br>**NOTICE OF SETTLEMENT (CONDITIONED ON PERFORMANCE)**<br><br>The Honorable Fernando L. Aenlle−Rocha<br>Complaint Filed: March 25, 2025<br>Discovery Cutoff: September 25, 2026<br>Pretrial Conference: February 19, 2027<br>Trial Date: March 15, 2027 |

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs Alice Merton, Merton & Grauwinkel GmbH, and Paper Plane Publishing GmbH and Defendants Ye and Yeezy Record Label, LLC (together, the "Parties") have reached a settlement that, when fully performed, will resolve this action in its entirety. The settlement is **conditioned on the Parties' completion of certain performance obligations** over approximately [30–45] days following execution of a written settlement agreement. Upon full performance, the Parties will file a stipulation dismissing the entire action **with prejudice**.

This Notice is submitted pursuant to Local Rules 16-15.7 and 40-2. Counsel have also notified the Courtroom Deputy of the settlement.

Because Defendants' Motion for Summary Judgment is pending, the Parties will effect dismissal by stipulation under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), or, if necessary, by motion under Rule 41(a)(2), rather than by unilateral notice. The Parties intend that any dismissal order expressly provide that the Court **retains jurisdiction to enforce the terms of the settlement**.

Accordingly, Plaintiffs respectfully request that the Court:

1. Vacate the November 20, 2026 hearing on Defendants' Motion for Summary Judgment (ECF No. 51) and take that motion off calendar, without prejudice to restoration if the settlement is not consummated;
2. Vacate the March 15, 2027 trial date and all related pretrial dates and deadlines, or, in the alternative, stay this action pending completion of the settlement; and
3. Set a deadline of 60 days from the date of this Notice—i.e., on or before Tuesday January 5, 2027—by which the Parties shall file either a stipulation of dismissal with prejudice or a joint status report regarding the status of the settlement.

If the Parties do not complete performance within that period, Plaintiffs will promptly so advise the Court and request a brief further continuance or restoration of the vacated dates, as appropriate.

Dated: November 6, 2026

Respectfully submitted,

**GRIME LAW LLP**

By: *<u>/s/ Dylan D. Grimes</u>*
Dylan Grimes
Paige Tomaselli
Lauren Andino
*Attorneys for Plaintiffs*
*ALICE MERTON, MERTON & GRAUWINKEL GMBH, PAPER PLANE PUBLISHING GMBH*