| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION<br>United States District Court<br>Central District of California |
|---|---|---|
| DOCKET NO.<br>2:25-cv-02615-FLA-ADS | DATE FILED<br>03/26/2025 | |

| PLAINTIFF | DEFENDANT |
|---|---|
| ALICE MERTON, et al. | YE, et al. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 PA0002489603 | Blindside | Alice Merton / Tobias Kuhn |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☒ Order ☐ Judgment | ☐ Yes ☒ No | 11/12/2026 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Brian D. Karth | L Chai | 11/12/2026 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights

X 3) Upon termination of action, mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court

5) Case File Copy

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ALICE MERTON, et al.,

Plaintiffs,

v.

YE, et al.,

Defendants.

Case No. 2:25-cv-02615-FLA (KSx)

**ORDER DISMISSING ACTION [DKT. 54]**

On November 6, 2026, Plaintiffs Alice Merton, Merton & Grauwinkel GmbH, and Paper Plane Publishing GmbH and Defendants Ye and Yeezy Record Label, LLC filed a notice of settlement ("Notice"), stating the parties had agreed to settle the action and anticipated filing a stipulation to dismiss the action after satisfaction of the terms of settlement. Dkt. 54.

Having considered the Notice and finding good cause therefor, the court hereby ORDERS:

1. All deadlines governing this action are VACATED.
2. The court DISMISSES the action without prejudice. The court retains jurisdiction to vacate this Order and to reopen the action within ninety (90) days from the date of this Order, provided any request by a party to do so shall make a showing of good cause as to why the settlement has not been completed within the 90-day period, what further settlement processes are necessary, and when the party making such a request reasonably expects the process to be concluded.
3. This Order does not preclude the filing of a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41, which does not require approval of the court. Such stipulation shall be filed within the aforementioned 90-day period, or by such later date ordered by the court pursuant to a stipulation by the parties that conforms to the requirements of a showing of good cause stated above.

IT IS SO ORDERED.

Dated: November 12, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge